# IN THE SUPREME COURT OF THE STATE OF NEVADA

RENARD TRUMAN POLK,
Appellant,
vs.
THE HONORABLE BRIAN SANDOVAL; ROBERT LEGRAND, WARDEN; CATHERINE CORTEZ MASTO; DOUGLAS COUNTY; PERSHING COUNTY; CLARK COUNTY; AND CENTRAL ADMINISTRATIVE OFFICE OF NDOC,
Respondents.

No. 71648

FILED

DEC 02 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying appellant's appeal of a justice court decision. Eleventh Judicial District Court, Pershing County; Michael Montero, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals two jurisdictional defects. First, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was filed more than thirty days after service of written notice of entry of the judgment or order. *See* NRAP 4(a)(1); NRAP 26(c). Written notice of entry was served on appellant by mail on May 27, 2015. The notice of appeal was filed October 31, 2016.

Second, the district courts have final appellate jurisdiction over cases arising in the justice courts. Nev. Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969).

16-37354

Accordingly, we conclude that we lack jurisdiction over this appeal, and we therefore

ORDER this appeal DISMISSED.

_____Cherry_____, J.
Cherry

_____Douglas_____, J.
Douglas

_____Gibbons_____, J.
Gibbons

cc: Hon. Michael Montero, District Judge
Renard Truman Polk
Attorney General/Carson City
Pershing County Clerk